# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TIMOTHY JOHN METHVIEN

VERSUS

OUR LADY OF THE LAKE
HOSPITAL, DR. JENNIFER
DAVIDSON, AND ABC INSURANCE
COMPANY

NO.  2022 CW 0897

**NOVEMBER 7, 2022**

---

In Re:    Dr. Jennifer Meyer, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 164875.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.**  On July 14, 2022, the trial court rendered a written judgment denying the defendant's, Dr. Jennifer Davidson Meyer's, declinatory exception of insufficiency of service of process and motion for involuntary dismissal. However, at the June 20, 2022 hearing on Dr. Meyer's exception and motion, the trial court acknowledged that the plaintiff, Timothy John Methvien, had died.  There is no indication from the record of this matter that a proper party plaintiff was substituted for Mr. Methvien prior to the trial court's July 14, 2022 judgment.  Upon the death of a litigant, a proper party plaintiff must be substituted to allow the action to continue. **Foster v. State, Dep't of Health & Hosps.**, 2009-0806 (La. App. 1st Cir. 10/27/09) 2009 WL 3460685, *1.  A judgment rendered for or against a deceased party is an absolute nullity.  **Id.** (citing **Rainey v. Entergy Gulf States, Inc.**, 2001-2414 (La. App. 1st Cir. 6/25/04), 885 So.2d 1193, 1197, writs denied, 2004-1878, 1883, and 1884 (La. 11/15/04), 887 So.2d 478 and 479). Therefore, the trial court's July 14, 2022 judgment is null and is hereby vacated.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT